# EXHIBIT 2

NYC  

USA   NYC   STREETFILMS   DONATE

ADVERTISEMENT

PUBLIC SAFETY

# BIG ZERO: Trump Stiffs MTA in 'Sanctuary City' Tantrum

The federal government is denying the MTA tens of millions of dollars in public safety funding over of New York's immigration policies.

By **Dave Colon** and **David Meyer**

11:09 AM EDT on September 30, 2025





Kristi Noem stiffed us.  |  The Streetsblog Photoshop Desk

More like the Department of Homeland Insecurity.

The federal government will deny the MTA tens of millions of dollars in requested security grant funding, withholding every dollar the agency asked for because New York City and New York state are "sanctuary jurisdictions," Streetsblog has learned.

DHS's absolute denial of the money the MTA asked for under the Transit Security Grant Program, which pays for security upgrades across the system and not just in New York City, has left law enforcement officials stunned.

"This is 'Defund the Police,' MAGA-style," one law enforcement source fumed to Streetsblog.

The MTA has been a regular recipient of Transit Security Grant Program funds since the grant was created in 2005, receiving $19.8 million from it last year also, according to a letter that the agency sent to Transportation Secretary Sean Duffy earlier this year.

Some $10 million of the grant went to the subway and bus system to pay for police patrols, bag screening, training canine units and cybersecurity, with the rest of the money spent on the Long Island Rail Road and Metro-North, the MTA said.

The Trump administration has targeted so-called "sanctuary jurisdictions" as part of its brutal immigration crackdown. In July, DHS touted a 400-percent increase in ICE arrests in the Big Apple since Trump took office. An agency release at the time specifically dinged New York for its sanctuary policies. The Justice Department included both the city and state on its official sanctuary jurisdiction list released last month.

Homeland Security's decision to withhold public safety funds from the

Empire State would seem to contradict Duffy and Federal Transit Administrator Marc Molinaro's focus on reducing crime on mass transit in New York and elsewhere. MTA Chairman and CEO Janno Lieber spoke directly to that issue in his comments on the grant denial.

"We hear a lot from Washington about, oh, the safety of the cities," said Lieber. "We hear a lot from Washington about, oh, the subways need to be safer. This is the money that Washington provides that goes to us, and even more, to the NYPD for their subway patrols. So to me, it's unthinkable that Washington could be considering cutting transit security grants."

Gov. Kathy Hochul also criticized the federal government for caterwauling about crime and then specifically cutting funding that's supposed to fight it.

"Keeping New Yorkers safe on our streets and our subways is my highest priority," Hochul said in a statement to Streetsblog. "New York has made historic investments in subway safety and reduced transit crime to the lowest levels in a generation. Meanwhile, Donald Trump and Republicans in Washington are defunding transit safety, putting millions of daily riders at risk and ripping away critical counterterrorism resources for our transit system. Republicans must answer: why are they playing political games with New Yorkers' safety?"

DHS did respond to a request for comment.

*This is a developing story. Check back for updates.*

BIG ZERO: Trump Stiffs MTA in 'Sanctuary City' Tantrum - Streetsblo...  https://nyc.streetsblog.org/2025/09/30/trump-admin-zeros-out-mta-secur...



4 of 7  9/30/2025, 8:48 PM



### Dave Colon

✕  @davecolon

Dave Colon is a reporter from Long Beach, a barrier island off of the coast of Long Island that you can bike to from the city. It's a real nice ride.  He's previously been the editor of Brokelyn, a reporter at Gothamist, a freelance reporter and delivered freshly baked bread by bike.



### David Meyer

✕  @dahvnyc

David was Streetsblog's do-it-all New York City beat reporter from 2015 to 2019. He returned as deputy editor in 2023 after a three-year stint at the New York Post.

**Read More:**   PROMOTED



## Stay in touch

Sign up for our free newsletter

| Email | SIGN UP |

# More from Streetsblog New York City

DAYLIGHTING

Gale's A-Blowin': Brewer Abandons Daylighting Bill After Push By Parking-First DOT

Kevin Duggan     September 30, 2025



DATA

DATA: Not Paying Fines? Keep Speeding, Says New York City

Kevin Duggan     September 30, 2025



DOT

Bike Data Shows Huge Demand on Vanderbilt Ave. As Adams Administration Dithers

Dave Colon     September 30, 2025



TODAY'S HEADLINES

Tuesday's Headlines: Fuel for Thought Edition

Gersh Kuntzman     September 30, 2025



BIKE LANE ENFORCEMENT

Out Of Focus: MTA Slow-Walking Bike Lane Bus-Mounted Camera Enforcement

Dave Colon     September 29, 2025



VISION ZERO

Scofflaws Beware! Hoboken to Launch Automated Parking Enforcement

Kevin Duggan     September 29, 2025



See all posts →



# Covering the fight for sustainable cities

## Sign up for our free newsletter

| Email | SIGN UP |

## Streetsblog Basics

About

Calendar

Contact Us

Staff & Board

Our Funders

Donate to Streetsblog

Comment Moderation Policy

'Field Guide to Micro Mobility'

Job Listings

ABOUT      JOB LISTINGS

© **Copyright 2025**

Made in partnership with **Lede**