# EXHIBIT 3

# Fiscal Year 2025 Preparedness Grant Final Allocations

## September 29, 2025



Warning! This document, along with any attachments, contains NON-PUBLIC INFORMATION exempt from release to the public by federal law. It may contain confidential, legally privileged, proprietary or deliberative process inter-agency/intra-agency material. You are hereby notified that any dissemination, copying, or further distribution of this information to unauthorized individuals is strictly prohibited. Unauthorized disclosure or release of this information may result in loss of access to information, and civil and/or criminal fines and penalties.

Embargoed

# Agenda

| 1 | Funding summary |
|---|-----------------|

| 2 | Overview of Fiscal Year (FY) 2025 awards/allocations for competitive and allocative programs |
|---|------------------------------------------------------------------------------------------------|



Embargoed



# Funding Summary

Embargoed

# Grant Program Funding Summary: *Allocated Programs*

| Grant Program | FY 2024 Funding | FY 2025 Funding | Delta |
|---|---|---|---|
| State Homeland Security Program | $373,500,000 | $373,500,000 | $0 |
| Urban Area Security Initiative | $553,500,000 | $553,500,000 | $0 |
| Operation Stonegarden | $81,000,000 | $81,000,000 | $0 |
| Transit Security Grant Program | $83,700,000 | $83,700,000 | $0 |
| Regional Catastrophic Preparedness Grant Program | $10,800,000 | $10,800,000 | $0 |
| Nonprofit Security Grant Program | $454,500,000* | $274,500,000 | ($180,000,000) |
| Intercity Passenger Rail Program | $9,000,000 | $9,000,000 | $0 |
| Total | $1,566,000,000 | $1,386,000,000 | ($180,000,000 |

*Includes $180 million from the National Security Supplemental (Israel Security Supplemental Appropriations Act, 2024) added to the FY 2024 program.

Embargoed

# Grant Program Funding Summary: *Competitive Programs*

| Grant Program | FY 2024 Funding | FY 2025 Funding | Delta |
|---|---|---|---|
| Port Security Grant Program | $90,000,000 | $90,000,000 | $0 |
| Tribal Homeland Security Grant Program | $13,500,000 | $13,500,000 | $0 |
| Intercity Bus Security Grant Program | $1,800,000 | $1,800,000 | $0 |
| **Total** | **$105,300,000** | **$105,300,000** | **$0** |



Embargoed

# Changes to Non-Disaster Grant Programs

Embargoed

# Change in Period of Performance Duration

- FEMA is implementing the Period of Performance timeframe for the **Emergency Food and Shelter Program**, **Emergency Management Performance Grant**, and the **Homeland Security Grant Program** to be for one (1) year rather than the standard three (3) years.

  □ The Period of Performance will be October 1, 2025 through September 30, 2026 for these three programs.



Embargoed

# Application of Immigration Condition

- To comply with the President's Executive Orders and in alignment with the Administration's priorities, FEMA is applying an immigration term and condition to the below programs:
  - Emergency Management Performance Grant Program
  - Homeland Security Grant Program (limited to the State Homeland Security Program and Urban Area Security Initiative)
  - Transit Security Grant Program
  - Port Security Grant Program
  - Regional Catastrophic Preparedness Grant Program
  - Homeland Security National Training Program – Continuing Training Grants (Competitive)
  - Targeted Violence and Terrorism Prevention Grant Program
  - Detention Support Grant Program



Embargoed

# Impact of Injunction Orders

- The immigration condition will not apply to any of the plaintiffs in *San Francisco v. Trump* or in *State of Illinois v. Federal Emergency Management Agency* while the injunction orders remain in effect.

- If the injunctions are stayed, vacated, or extinguished, the "Compliance with Federal Immigration Law" Agreement Article will immediately become effective.



Embargoed

# Application of Immigration Condition *continued*

- An immigration Term and Condition will be applied to each award and will be different depending on program statute.

- For statutory formula programs such as the **Emergency Management Performance Grant Program**, the Term and Condition will only apply to subawards.

  - Recipients will be prohibited from subawarding to a subrecipient that is designated as a sanctuary jurisdiction.

  - Payments will not be approved for any subrecipient that is not in compliance with the immigration term and condition.

- For the State Homeland Security Program, the Term and Condition will apply to funding above the minimum allocation required by law. Subawards will be addressed the same as with EMPG.

- For Operation Stonegarden, there were no changes to the allocations because of the immigration condition. The immigration Term and Condition does not apply to this sub-program.

- For the Urban Area Security Initiative sub-program, non-compliant jurisdictions will not receive any funding.

*All of this is subject to the Impact of Injunction Orders described on the previous slide.*



Embargoed

# Application of Immigration Condition *continued*

- For programs such as the **Transit Security Grant Program** and the **Port Security Grant Program**, funding has been distributed to compliant jurisdictions.

    - Payments will not be approved for any recipient that is not in compliance with the immigration term and condition.

- For programs such as the **Regional Catastrophic Preparedness Grant Program**, **Homeland Security National Training Program – CTG**, **Targeted Violence and Terrorism Prevention Program**, and **Detention Support Grant Program**, funding has been (or will about to be) distributed to entities.

    - Payments will not be approved for any recipient that is not in compliance with the immigration term and condition.



Embargoed



# FY 2025 Allocated Programs

Embargoed

# FY 2025 State Homeland Security Program (SHSP) and Urban Area Security Initiative (UASI)

Embargoed

# FY 2025 SHSP Grant Highlights

## Grants Highlights

| | FY 2024 | FY 2025 |
|---|---|---|
| Total Funding | $373,500,000 | $373,500,000 |
| Period of Performance | 3 years | 1 year |
| Applications Received | 56 of 56 eligible states and territories | 56 of 56 eligible states and territories |
| Amount Requested | $373,500,000 | $373,500,000 |
| Eligible Applications Advancing to Federal Review | 56 | 56 |
| Applications Recommended for Funding Approval | 56 | 56 |

Embargoed

# FY 2025 SHSP Final Allocations

| State/Territory | FY 2025 Total Allocation |
|---|---|
| Alabama | $6,000,629 |
| Alaska | $6,000,629 |
| American Samoa | $2,635,078 |
| Arizona | $7,362,750 |
| Arkansas | $6,000,628 |
| California | $17,156,754 |
| Colorado | $4,362,750 |
| Connecticut | $4,362,750 |
| Delaware | $4,362,750 |
| District of Columbia | $4,362,750 |
| Florida | $18,395,245 |
| Georgia | $9,362,750 |
| Guam | $2,748,028 |
| Hawaii | $6,000,629 |
| Idaho | $6,000,629 |
| Illinois | $4,362,750 |

| State/Territory | FY 2025 Total Allocation |
|---|---|
| Indiana | $6,000,629 |
| Iowa | $6,000,629 |
| Kansas | $6,000,629 |
| Kentucky | $6,000,629 |
| Louisiana | $8,362,750 |
| Maine | $6,000,629 |
| Maryland | $6,000,629 |
| Massachusetts | $6,000,629 |
| Michigan | $6,000,629 |
| Minnesota | $4,362,750 |
| Mississippi | $6,000,629 |
| Missouri | $6,000,629 |
| Montana | $6,000,629 |
| Nebraska | $6,000,629 |
| Nevada | $4,362,750 |
| New Hampshire | $6,000,629 |



Embargoed

# FY 2025 SHSP Final Allocations *continued*

| State/Territory | FY 2025 Total Allocation |
|---|---|
| New Jersey | $6,000,629 |
| New Mexico | $8,362,750 |
| New York | $5,624,924 |
| North Carolina | $6,862,750 |
| North Dakota | $6,000,629 |
| Northern Mariana Islands | $2,635,078 |
| Ohio | $7,862,750 |
| Oklahoma | $6,000,629 |
| Oregon | $4,362,750 |
| Pennsylvania | $11,362,750 |
| Puerto Rico | $6,000,629 |
| Rhode Island | $4,362,750 |
| South Carolina | $6,000,629 |

| State/Territory | FY 2025 Total Allocation |
|---|---|
| South Dakota | $6,000,629 |
| Tennessee | $6,000,629 |
| Texas | $28,759,327 |
| U.S. Virgin Islands | $2,635,078 |
| Utah | $6,000,628 |
| Vermont | $4,362,750 |
| Virginia | $11,362,750 |
| Washington | $4,362,750 |
| West Virginia | $6,000,629 |
| Wisconsin | $6,000,629 |
| Wyoming | $6,000,628 |
| **Total** | **$373,500,000** |



Embargoed

# FY 2025 UASI Grant Highlights

## Grants Highlights

| | FY 2024 | FY 2025 |
|---|---|---|
| Total Funding | $553,500,000 | $553,500,000 |
| Period of Performance | 3 years | 1 year |
| Applications Received | 41 of 41 eligible urban areas | 44 of 44 eligible urban areas |
| Amount Requested | $553,500,000 | $553,500,000 |
| Applications Recommended for Funding Approval | 41 | 42 |



Embargoed

# FY 2025 UASI Final Allocations

| State | UASI | FY 2025 Total Allocation |
|---|---|---|
| Arizona | Phoenix-Mesa-Chandler, AZ | $21,938,710 |
| California | Los Angeles-Long Beach-Glendale, CA | $18,225,738 |
| | Riverside-San Bernardino-Ontario, CA | $9,871,108 |
| | Sacramento-Roseville-Folsom, CA | $8,849,145 |
| | San Diego-Chula Vista-Carlsbad, CA | $32,539,049 |
| | San Francisco-San Jose-Oakland, CA | $13,209,319 |
| | Anaheim-Santa Ana-Irvine, CA | $10,779,442 |
| Colorado | Colorado Springs, CO | $11,593,673 |
| | Denver-Aurora-Lakewood, CO | $7,133,196 |
| District of Columbia | Washington-Arlington-Alexandria, DC-VA-MD-WV | $4,416,737 |
| Florida | Jacksonville, FL | $12,895,846 |
| | Orlando-Kissimmee-Sanford, FL | $14,441,343 |
| | Tampa-St. Petersburg-Clearwater, FL | $16,559,720 |
| | Miami-Fort Lauderdale-Pompano Beach, FL | $27,952,695 |
| Georgia | Atlanta-Sandy Springs-Alpharetta, GA | $9,372,418 |
| Hawaii | Honolulu, HI | $16,694,331 |
| Illinois | Chicago-Naperville-Elgin, IL-IN-WI | $9,395,829 |
| Indiana | Indianapolis-Carmel-Anderson, IN | $10,111,002 |
| Louisiana | New Orleans-Metairie, LA | $0 |
| Maryland | Baltimore-Columbia-Towson, MD | $9,328,784 |



Embargoed

# FY 2025 UASI Final Allocations *continued*

| State | UASI | FY 2025 Total Allocation |
|---|---|---|
| Massachusetts | Boston-Cambridge-Newton, MA-NH | $9,301,839 |
| Michigan | Detroit-Warren-Dearborn, MI | $14,114,393 |
| Minnesota | Minneapolis-St. Paul-Bloomington, MN-WI | $2,973,810 |
| Missouri | St. Louis, MO-IL | $10,708,725 |
| | Kansas City, MO-KS | $8,277,511 |
| Nevada | Las Vegas-Henderson-Paradise, NV | $10,954,761 |
| New Jersey | Newark-Jersey City-New Brunswick, NJ-PA | $3,768,628 |
| New York | New York-White Plains, NY | $22,069,395 |
| North Carolina | Charlotte-Concord-Gastonia, NC-SC | $14,200,846 |
| | Cincinnati, OH-KY-IN | $10,143,274 |
| Ohio | Cleveland-Elyria, OH | $12,657,878 |
| | Columbus, OH | $10,092,726 |
| Oregon | Portland-Vancouver-Hillsboro, OR-WA | $8,841,357 |
| Pennsylvania | Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | $0 |
| | Pittsburgh, PA | $12,305,323 |
| Tennessee | Nashville-Davidson--Murfreesboro--Franklin, TN | $12,131,222 |
| | Austin-Round Rock-Georgetown, TX | $11,980,549 |
| Texas | Dallas-Fort Worth-Arlington, TX | $25,028,168 |
| | Houston-The Woodlands-Sugar Land, TX | $23,218,292 |
| | San Antonio-New Braunfels, TX | $16,801,644 |
| Virginia | Richmond, VA | $11,804,103 |
| | Virginia Beach-Norfolk-Newport News, VA-NC | $11,681,381 |
| Washington | Seattle-Tacoma-Bellevue, WA | $11,782,120 |
| Wisconsin | Milwaukee-Waukesha, WI | $13,353,970 |
| **Total** | | **$553,500,000** |



Embargoed

# FY 2025 Operation Stonegarden (OPSG)

Embargoed

# FY 2025 Operation Stonegarden Grants Highlights

## Grant Highlights

| | FY 2024 | FY 2025 |
|---|---|---|
| Period of Performance | 3 years | 1 year |
| Total Funding | $81,000,000 | $81,000,000 |
| Applications Received | 23 of 24 eligible states and territories | 24 of 24 eligible states and territories |
| Amount Requested | $81,000,000 | $81,000,000 |
| Eligible Applications Advancing to Federal Review | 23 | 24 |
| Applications Recommended for Funding Approval | 23 | 24 |

| FY | Counties Funded |
|---|---|
| 2018 | 175 |
| 2019 | 201 |
| 2020 | 208 |
| 2021 | 213 |
| 2022 | 209 |
| 2023 | 219 |
| 2024 | 214 |
| 2025 | 229 |


**FEMA**

Embargoed

# FY 2025 Operation Stonegarden Final Allocations

| State | FY 2025 Final Allocation |
|---|---|
| Alabama | $350,000 |
| Alaska | $750,000 |
| Arizona | $12,220,000 |
| California | $12,100,000 |
| Florida | $2,790,000 |
| Georgia | $90,000 |
| Idaho | $180,000 |
| Louisiana | $810,000 |
| Maine | $1,410,000 |
| Michigan | $2,286,000 |
| Minnesota | $972,000 |
| Mississippi | $575,000 |

| State | FY 2025 Final Allocation |
|---|---|
| Montana | $1,672,000 |
| New Hampshire | $200,000 |
| New Mexico | $2,675,000 |
| New York | $2,670,000 |
| North Dakota | $1,542,000 |
| Ohio | $825,000 |
| Pennsylvania | $170,000 |
| Puerto Rico | $1,330,000 |
| Texas | $33,708,000 |
| U.S. Virgin Islands | $90,000 |
| Vermont | $150,000 |
| Washington | $1,435,000 |

| Border Region | FY 2025 % of Funding | FY 2025 Funding Level |
|---|---|---|
| Southwest | 73% | $60,703,000 |
| Northern | 18% | $14,262,000 |
| Coastal | 9% | $6,035,000 |



Embargoed

# FY 2025 Transit Security Grant Program (TSGP)

Embargoed

# FY 2025 TSGP Grant Highlights

## Grants Highlights

| | FY 2024 | FY 2025 |
|---|---|---|
| Total Funding | $83,700,000 | $83,700,000 |
| Applications Received | 42 (140 projects) | 21 of 25 eligible public transit agencies |
| Amount Requested | $365,523,994 | $83,700,000 |
| Eligible Applications Advancing to Federal Review | 42 | 21 |
| Applications Recommended for Funding Approval | 17 | 20 |



Embargoed

# FY 2025 TSGP - Recap

- Of the 25 eligible transit agencies identified in the FY 2025 TSGP NOFO, 21 agencies applied. The four (4) agencies that did not apply were:

  - King County DOT (located within Washington State)

  - Los Angeles County Metro (located within California)

  - Minneapolis Metro (located within Minnesota)

  - Tri-County Metro (located within Oregon)

- Of the 21 agencies that applied, one (1) was not selected because it is based in a Sanctuary Jurisdiction city.

  - NYC Metropolitan Transit Authority



Embargoed

# FY 2025 TSGP Final Allocations

| State | Transit Agencies 2025 | FY 2025 Final Allocation |
|---|---|---|
| California | Alameda Contra Costa Transit District (AC Transit) | $647,897 |
| | Los Angeles County Metropolitan Transportation | Did not apply |
| | Orange County Transportation Authority (OCTA) | $431,327 |
| | San Diego Metropolitan Transit System (MTS) | $715,014 |
| | San Francisco Bay Area Rapid Transit District (BART) | $932,522 |
| | San Francisco Municipal Railway (MUNI) | $3,066,376 |
| Colorado | Denver Regional Transportation District | $623,092 |
| Connecticut | Connecticut Department of Transportation | $510,146 |
| District of Columbia | Washington Metropolitan Area Transit Authority (WMATA) | $16,888,345 |
| Florida | Miami-Dade Transit Agency | $627,835 |
| Georgia | Metropolitan Atlanta Rapid Transit Authority (MARTA) | $3,062,472 |
| Illinois | Chicago Transit Authority (CTA) | $15,701,113 |
| | Northeast Illinois Commuter Railroad Corporation (METRA) | $688,589 |
| Massachusetts | Massachusetts Bay Transportation Authority (MBTA) | $13,912,399 |
| Maryland | Maryland Transit Administration (MD MTA) | $1,230,724 |
| Minnesota | Minneapolis Metro Transit | Did not apply |
| New Jersey | New Jersey Transit Corporation | $8,571,538 |
| | Port Authority of NY & NJ  (PANYNJ) | $4,304,090 |
| Nevada | Regional Transportation Commission of Southern Nevada | $547,174 |
| New York | Metropolitan Transportation Authority (MTA) | $0 |
| Oregon | Tri-County Metropolitan District of Oregon (Tri-Met) | Did not apply |
| Pennsylvania | Southeastern Pennsylvania Transportation Authority | $9,823,668 |
| Texas | Dallas Area Rapid Transit  (DART) | $436,711 |
| | Metropolitan Transportation Authority of Harris County | $978,968 |
| Washington | King County Department of Transportation | Did not apply |
| Total | | $83,700,000 |

Embargoed

# FY 2025 Regional Catastrophic Preparedness Grant Program (RCPGP)

Embargoed

# FY 2025 RCPGP Grant Highlights

## Grants Highlights

| | FY 2024 | FY 2025 |
|---|---|---|
| Total Funding | $10,800,000 | $10,800,000 |
| Eligible Applications Received and Reviewed | 16 | 6 |
| Amount Requested | $28,860,999 | $10,800,000 |
| Applications Recommended for Funding Approval | 6 | 6 |



Embargoed

# FY 2025 RCPGP Final Allocations

| State | Final FY 2025 Allocations |
|---|---:|
| Alaska | $1,800,000 |
| California | $1,800,000 |
| Colorado | $1,800,000 |
| Florida | $1,800,000 |
| North Carolina | $1,800,000 |
| Texas | $1,800,000 |
| Total | $10,800,000 |



Embargoed



FY 2025 Competitive Programs

Embargoed

# FY 2025 Port Security Grant Program (PSGP)

Embargoed

# FY 2025 PSGP Grant Highlights

## Grants Highlights

|  | FY 2024 | FY 2025 |
|---|---|---|
| Total Funding | $90,000,000 | $90,000,000 |
| Applications Received | 466 | 472 |
| Amount Requested | $267,041,129 | $275,853,631 |
| Eligible Applications Advancing to Federal Review | 407 | 376 |
| Amount Requested by Applications Advancing to Federal Review | $234,982,147 | $178,345,902 |
| Applications Recommended for Funding Approval | 204 | 240 |



Embargoed

# FY 2025 PSGP Final Allocations

| State/Territory | FY 2025 Total Allocation | Total No. Of Awards |
|---|---|---|
| Alabama | $2,029,178 | 4 |
| Alaska | $709,340 | 1 |
| Arkansas | $95,431 | 1 |
| California | $14,930,616 | 34 |
| Connecticut | $2,236,189 | 8 |
| Delaware | $1,316,657 | 4 |
| Florida | $5,899,793 | 11 |
| Georgia | $2,872,801 | 2 |
| Guam | $1,086,548 | 2 |
| Hawaii | $130,289 | 1 |
| Illinois | $1,564,500 | 6 |
| Indiana | $555,502 | 6 |
| Iowa | $532,882 | 2 |

| State/Territory | FY 2025 Total Allocation | Total No. Of Awards |
|---|---|---|
| Kentucky | $1,460,438 | 8 |
| Louisiana | $6,567,264 | 19 |
| Maryland | $1,961,513 | 5 |
| Massachusetts | $3,299,366 | 9 |
| Michigan | $40,653 | 1 |
| Minnesota | $549,925 | 3 |
| Mississippi | $241,040 | 1 |
| Missouri | $812,177 | 5 |
| New Hampshire | $117,812 | 1 |
| New Jersey | $2,288,808 | 13 |
| New York | $8,728,655 | 21 |
| North Carolina | $2,121,252 | 8 |
| Ohio | $263,678 | 3 |



Embargoed

# FY 2025 PSGP Final Allocations, Cont'd

| State/Territory | FY 2025Total Allocation | Total No. Of Awards |
|---|---|---|
| Oklahoma | $185,997 | 1 |
| Oregon | $245,005 | 2 |
| Pennsylvania | $817,943 | 4 |
| Puerto Rico | $337,469 | 1 |
| Rhode Island | $720,000 | 1 |
| South Carolina | $1,952,379 | 6 |
| Tennessee | $1,338,986 | 2 |
| Texas | $14,054,873 | 21 |
| Virginia | $3,030,079 | 14 |
| Washington | $4,150,851 | 6 |
| West Virginia | $20,850 | 1 |
| Wisconsin | $729,422 | 2 |
| Total | $89,996,161 | 240 |



Embargoed



Embargoed