UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK,<br><br>        Plaintiff,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>        Defendants. | Case No. _____<br><br>**[Proposed] ORDER TO SHOW CAUSE ON REQUEST FOR TEMPORARY RESTRAINING ORDER UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(b)** |

Upon the annexed affirmation of Rabia Muqaddam, dated September 30, 2025, in support of Plaintiff's motion for immediate injunctive relief pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiff's memorandum of law and accompanying declaration in support of Plaintiff's motion, and Plaintiff's complaint, it is:

ORDERED, that good cause having been shown for the issuance of a temporary restraining order under Rule 65(b) of the Federal Rules of Civil Procedure the above-named Defendants are

(a) directed to de-obligate the TSGP funds reallocated from New York to other jurisdictions, including by rescinding fiscal year 2025 award notifications if necessary;

(b) restrained from disbursing, processing, returning to the U.S. Treasury, or otherwise making unavailable by any means the TSGP funds reallocated from New York to other jurisdictions; and

(c) directed to suspend the September 30, 2025, statutory lapse of TSGP funds to the full extent necessary to permit obligation of revised TSGP awards that will return New York's allocation specified in the 2025 TSGP NOFO, including, if necessary, by recording as an

obligation of the United States the full $33,898,500 target allocation to New York identified in the 2025 pursuant to 31 U.S.C. § 1501(a)(6); and it is further:

ORDERED that Plaintiff is not required to post security; and it is further

ORDERED that service of a copy of this order by electronic mail on counsel for Defendants shall be deemed good and sufficient service thereof; and it is further

ORDERED, that the above-named Defendants appear before _____, United States District Judge, Room ___, United States Courthouse, 500 Pearl Street, New York, NY 10007, on _____, at _____ thereof, or as soon thereafter as counsel may be heard, for a scheduling conference on Plaintiff's anticipated motion for a preliminary injunction.

By the Court:

_____                                     _____

Dated                                                 United States District Judge