UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
STATE OF NEW YORK,

                Plaintiff,

    -against-                                        25-cv-8106 (LAK)

KRISTI NOEM, in her official capacity as Secretary of the
Department of Homeland Security, et al.,

                Defendants.
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/01/25

## TEMPORARY RESTRAINING ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff having applied for a temporary restraining order ("TRO") and a preliminary injunction, the Court having heard argument on the TRO, and the Court having found that (1) plaintiff is likely to succeed on the merits, (2) plaintiff is threatened with clear, imminent, and irreparable injury absent a TRO, (3) the balance of equities tips in plaintiff's favor, and (4) a TRO is in the public interest, it is hereby

        **ORDERED,** that defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with and of the foregoing and who receive actual notice of this order by personal service or otherwise, be and they hereby are

        **ENJOINED AND RESTRAINED** from

    1.    Obligating, or

    2.    Disbursing, processing, returning to the U.S. Treasury, or otherwise making unavailable to plaintiff by any means

2

in either case, more than ~~more that~~ $49,801,500 of the $83,700,000 that (a) Congress appropriated for the Federal Emergency Management Agency ("FEMA") in Title III of Pub. L. 118-47, 138 Stat. 460, 607 (Mar. 23, 2024) for the fiscal year that commenced on October 1, 2024, and Pub. L. 119-4 § 1101, for Federal assistance through grants, contracts, cooperative agreements, and other activities, **and** (b) was slated by the Department of Homeland Security ("DHS") for the Rail and Transit Security Grant Program (the "TSGP"), and it is further

**ORDERED**, as follows:

3.     Unless otherwise ordered, this TRO shall expire at 11:59 p.m. on October 15, 2025.

4.     The continuation of this TRO past October 3, 2025 shall be conditioned on plaintiff posting a bond or other security in the amount of ten dollars.

5.     Defendants' papers in opposition to the plaintiff's motion for a preliminary injunction and plaintiff's reply papers shall be filed no later than 4 p.m. on October 6, 2025 and October 8, 2025, respectively. Unless otherwise ordered the Court will hear argument on that motion on October 9, 2025 at 11 a.m.

Dated:      October 1, 2025
Issued at:  2:40 p.m.

_____
Lewis A. Kaplan
United States District Judge