UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOEM, *et al.*, <br><br> Defendants. | Civil Action No. <br> 25-cv-8106 (LAK) |

## DECLARATION OF DAVID ARNOLD

I, David Arnold, declare as follows:

1. I am the Acting Deputy Administrator for Resilience at the Federal Emergency Management Agency ("FEMA" or "agency"). FEMA is a component within the U.S. Department of Homeland Security ("DHS"). As the Acting FEMA Deputy Administrator for Resilience, I am the DHS official responsible for resilience matters, including national preparedness, FEMA grants management policy, federal flood insurance and floodplain management, hazard mitigation, and environmental planning and historic preservation. I am vested with the authority to manage and administer the various grant programs assigned to FEMA directly by statute or through delegation from the Secretary and Senior Official Performing the Duties of the Administrator for FEMA, including the Transit Security Grant Program ("TSGP"), and the policies and procedures governing these programs.

2. My statements in this Declaration are based on my personal knowledge, on information provided to me in my official capacity; on reasonable inquiry; information obtained from various records, systems, databases, DHS, or FEMA employees and information portals maintained and relied upon by the DHS in the regular course of business; and on my evaluation of that information.

3. On August 1, 2025, FEMA published the Notice of Funding Opportunity ("NOFO") announcing the Fiscal Year ("FY") 2025 Transit Security Grant Program ("TSGP"), authorized under Section 1406 of the Implementing Recommendations of the 9/11 Commission Act of 2007 (Pub. L. No. 110-53) (6 U.S.C. § 1135). Sections 2.A.c. and 9.O. of the FY 2025 TSGP NOFO state "[a]n immigration term and condition, including those in the DHS Standard Terms and Conditions, may be material to the Department of Homeland Security's decision to make this grant award, and the Department of Homeland Security may take any remedy for noncompliance, including termination, if the state or territorial recipient or any local government subrecipient fails to comply with this term and condition. No final agency decision has been made as of the date of this publication."

4. FY 2025 TSGP NOFO listed the target allocations for applicants that were eligible to receive FY 2025 TSGP funding. Eligibility does not guarantee grant funding. Target allocations act as an estimate, and final allocations may be different in the award letter, pending the final decision by Department of Homeland Security.

5. On September 25, 2025, the Secretary of Homeland Security approved the final allocations of the FY 2025 TSGP funds. One eligible applicant, the Metropolitan Transportation Authority ("MTA") did not receive funding because the applicant is based in New York City, a designated Sanctuary Jurisdiction city,[1] that was not a plaintiff subject to court orders in either of *San Francisco v. Trump*, No. 3:25-cv-01350 (N.D. Cal.) or *Illinois v. FEMA*, No. 25-cv-206 (D.R.I.). The target allocation for MTA was redistributed to the other eligible recipients based on risk.

6. On September 26, 2025, FEMA finalized the allocations of FY 2025 TSGP funds and made grant awards to the following transit agencies:

- Alameda Contra Costa Transit District (AC Transit)

---

[1] U.S. Dep't of Just., Justice Department Publishes List of Sanctuary Jurisdictions, U.S. Dep't of Just. (last updated Aug. 5, 2025), https://www.justice.gov/opa/pr/justice-department-publishes-list-sanctuary-jurisdictions.

- Orange County Transportation Authority (OCTA)
- San Diego Metropolitan Transit System (MTS)
- San Francisco Bay Area Rapid Transit District (BART)
- San Francisco Municipal Railway (MUNI)
- Denver Regional Transportation District
- Connecticut Department of Transportation
- Washington Metropolitan Area Transit Authority (WMATA)
- Miami-Dade Transit Agency
- Metropolitan Atlanta Rapid Transit Authority (MARTA)
- Chicago Transit Authority (CTA)
- Northeast Illinois Commuter Railroad Corporation (METRA)
- Massachusetts Bay Transportation Authority (MBTA)
- Maryland Transit Administration (MD MTA)
- New Jersey Transit Corporation
- Port Authority of NY & NJ (PANYNJ)
- Regional Transportation Commission of Southern Nevada
- Southeastern Pennsylvania Transportation Authority
- Dallas Area Rapid Transit (DART)
- Metropolitan Transportation Authority of Harris County

7.      FEMA notified all successful TSGP grant recipients listed above on September 26, 2025, that they had been awarded a TSGP grant and the amount of TSGP funds they had been awarded. All successful grant recipients were provided with a final Award Letter that contained the amount of the award as well as the final terms and conditions of the grant. At this point, all the TSGP awards were obligated, and no funds remained available to FEMA to make additional TSGP awards.

8.      The federal government's fiscal year ("FY") runs from October 1 through September 30. Annual appropriations (also called fiscal year or 1-year appropriations) are

3

made for a specified fiscal year and are available for obligation only during the fiscal year for which made. If an agency fails to obligate its annual funds by the end of the fiscal year for which they were appropriated, they cease to be available for incurring and recording new obligations and are said to have "expired." Thus, no funds appropriated for a single fiscal year (i.e. annual appropriations) may be obligated during the next fiscal year.

9. For FY 2025, Congress, through the Full-Year Continuing Appropriations and Extensions Act, 2025, Pub. L. No. 119-4, § 1101, appropriated $83,700,000 to FEMA for the TSGP. Since these funds were part of an annual appropriation, they had to be obligated before October 1, 2025.

10. Even if FEMA had not obligated all the funds appropriated for the FY 2025 TSGP, any remaining funds would have expired on October 1, 2025. FEMA has no authority to incur new obligations, including through deobligating and reobligating funding, for any of the FY 2025 TSGP funds once those funds have expired.

11. The Award Letter for all FY 2025 TSGP awards notes that all the federal funds for those awards are placed on hold. For the hold to be removed, FEMA must approve any project to be funded with TSGP funds. As such, no FY 2025 funds have been disbursed, and no funds can be disbursed without FEMA removing the hold.

I, David Arnold, declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2025,

David Arnold
Acting Deputy Administrator for Resilience
Federal Emergency Management Agency