United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-25

STATE OF NEW YORK,

                                    Plaintiff,

                against

KRISTI NOEM, in her official capacity as
Secretary of the Department of
Homeland Security; UNITED STATES
DEPARTMENT OF HOMELAND SECURITY; DAVID
RICHARDSON, in his official capacity as
Senior Official Performing the Duties of
the Administrator of the Federal
Emergency Management Agency;
FEDERAL EMERGENCY MANAGEMENT AGENCY,

                                    Defendants.

No. 25-cv-8106 (LAK)

## MOTION OF THE CITY OF NEW YORK FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

MURIEL GOODE-TRUFANT
Corporation Counsel
of the City of New York
Attorney for Amicus Curiae
100 Church Street
New York, New York 10007
212-356-2490
jdavies@law.nyc.gov

RICHARD DEARING
CLAUDE S. PLATTON
MACKENZIE FILLOW
JAMISON DAVIES

October 7, 2025

SO ORDERED

LEWIS A. KAPLAN, USDJ
10/8/25

The State brought this lawsuit to prevent the Secretary of the U.S. Department of Homeland Security from revoking funding under the Transit Security Grant Program (TGSP) that was originally allocated to New York's Metropolitan Transportation Agency (MTA) for the coming fiscal year. The City of New York respectfully moves this Court for leave to file the accompanying brief as amicus curiae in support of the plaintiff's motion for a preliminary injunction.

This Court has broad discretion to permit the filing of an amicus brief. *Lehman XS Trust, Series 2006-GP2 v. Greenpoint Mortg. Funding, Inc.*, No. 12-cv-7935, 2014 U.S. Dist. LEXIS 11179, at *5 (S.D.N.Y. Jan. 23, 2014). Granting leave may be appropriate when, for example, the amicus has a "special interest" in the case, *Liberty Resources, Inc. v. Philadelphia Hous. Auth.*, 395 F. Supp. 2d 206, 209 (E.D. Pa. 2005), and the amicus has "unique information or perspective that can help the court beyond" what counsel for the parties may provide, *Auto. Club of N.Y., Inc. v. Port Auth.*, No. 11-cv-6746, 2011 U.S. Dist. LEXIS 135391, at *6 (S.D.N.Y. Nov. 22, 2011). Amicus participation is especially appropriate where "an issue of general public interest is at stake." *Liberty Resources*, 395 F. Supp. 2d at 209.

The City has a special interest in this case and is able to offer useful information addressing the broader public interests at stake. The City has a strong interest in this case because the New York City Police Department is primarily responsible for public safety in the City's subway system, a component part of the MTA's transit network, and the MTA planned to pass on $12 million of the grant award to NYPD, as its subgrantee, for counterterrorism policing in the subways. The City is well situated to address the risk of terrorism that it faces and the consequences of the federal government's actions, which relate to the preliminary injunction factors that this Court must consider.

The State of New York consents to the City's motion. The defendants take no position.

For the foregoing reasons, the motion for leave to file the proposed amicus brief should be granted.

Dated:    New York, New York
          October 7, 2025

Respectfully submitted,

MURIEL GOODE-TRUFANT
*Corporation Counsel*
*of the City of New York*
Attorney for Amicus Curiae

By:    /s/ *Jamison Davies*
       JAMISON DAVIES
       Assistant Corporation Counsel

       100 Church Street
       New York, NY 10007
       212-356-2490
       jdavies@law.nyc.gov

RICHARD DEARING
CLAUDE S. PLATTON
MACKENZIE FILLOW
JAMISON DAVIES

2