**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 9, 2025

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    *State of New York v. Noem*, 25 Civ. 8106 (LAK)

Dear Judge Kaplan:

    This Office represents the Defendants (the "Government") in the above-referenced matter. I am writing to notify the Court that Defendants do not object to the Court consolidating the hearing on the preliminary injunction with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. The Government notes that the Court posed questions to plaintiff's counsel today regarding the potential scope of any remedy. The Government would welcome the opportunity to address those issues in writing if it would be helpful to the Court.

    We thank the Court for its consideration of this submission.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    /s/ *Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2695
    E-mail: jeffrey.oestericher@usdoj.gov