

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 9, 2025

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

**MEMO ENDORSED**

Re:   *State of New York v. Noem*, 25 Civ. 8106 (LAK)

Dear Judge Kaplan:

This Office represents the Defendants (the "Government") in the above-referenced matter. I am writing to notify the Court that Defendants do not object to the Court consolidating the hearing on the preliminary injunction with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. The Government notes that the Court posed questions to plaintiff's counsel today regarding the potential scope of any remedy. The Government would welcome the opportunity to address those issues in writing if it would be helpful to the Court.

We thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ *Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2695
E-mail: jeffrey.oestericher@usdoj.gov

Memorandum Endorsement                State of New York v Noem, 25-cv-8106 (LAK)

The Court appreciates the government's letter. Nevertheless, it is not entirely responsive to the question requiring answer:

> "THE COURT: Well, it's up to the parties to decide what they want to put before me. My days as a trial lawyer are 31 years ago.
>
> "Are you prepared to have me try the case on the Existing record, and to whatever extent there may be inferences that need to be drawn one way or another, or credibility issues or anything like that, to make those findings on the present record?"

Tr., 10/9/2025, at 17:16-23

The Court would be obliged for an answer today.

SO ORDERED.

Dated:    October 10, 2025

_____
Lewis A. Kaplan
United States District Judge