

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 10, 2025

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

    Re:    *State of New York v. Noem*, 25 Civ. 8106 (LAK)

Dear Judge Kaplan:

    This Office represents the Defendants (the "Government") in the above-referenced matter. I am writing in response to the Court's Memo Endorsement (ECF No. 32), dated October 10, 2025. I apologize that my prior letter (ECF No. 31) was not responsive to the Court's question. Defendants are prepared to have the Court try the case on the existing record and to make its findings based on the present record.

    We thank the Court for its consideration of this submission.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    /s/ *Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2695
    E-mail: jeffrey.oestericher@usdoj.gov