UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
STATE OF NEW YORK,

                    Plaintiff,

    -against-                                              25-cv-8106 (LAK)

KRISTI NOEM, in her official capacity as Secretary of the
Department of Homeland Security, et al.,

                    Defendants.
------------------------------------------------x

### ORDER CONSOLIDATING PRELIMINARY INJUNCTION MOTION WITH TRIAL ON MERITS AND EXTENDING TEMPORARY RESTRAINING ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff's motion for a preliminary injunction is hereby consolidated with the trial on the merits and the case will be tried on the existing record, both with the consent of the parties. In order to afford adequate time to rule properly, the temporary restraining order entered herein on October 1, 2025 is hereby extended to and including October 22, 2025.

      SO ORDERED.

Dated:    October 15, 2025

                                                      _____
                                                            Lewis A. Kaplan
                                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/25