UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK,

                                    Plaintiff,


                    -against-                                          25-cv-8106 (LAK)


KRISTI NOEM, in her official capacity as Secretary of the          ┌─────────────────────────────┐
Department of Homeland Security; UNITED STATES                     │ USDS SDNY                   │
DEPARTMENT OF HOMELAND SECURITY; DAVID                             │ DOCUMENT                    │
RICHARDSON, in his official capacity as Senior Offical             │ ELECTRONICALLY FILED        │
Performing the Duties of the Administrator of the Federal          │ DOC #: _____      │
Emergency Management Agency; FEDERAL                               │ DATE FILED:  10/16/2025     │
EMERGENCY MANAGEMENT AGENCY,                                       └─────────────────────────────┘

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


                    FINAL JUDGMENT OF PERMANENT INJUNCTION


Lewis A. Kaplan, *District Judge.*

           Plaintiff's motion for a preliminary injunction having been consolidated with the trial

on the merits and the case having been tried on the merits on the existing record, both with the

consent of the parties, the Court having rendered findings of fact and conclusions of law, and the

Court having directed entry of final judgment in favor of plaintiff and against defendants, it hereby

is

           **ORDERED, ADJUDGED AND DECREED** as follows

           1.     The following terms used herein shall have the following means:

                  1.1.    "FY 2025" means the fiscal year that commenced on October 1, 2024.

                  1.2.    "MTA" means the Metropolitan Transportation Authority.

2

1.3.    "MTA FY 2025 TSGP Grant" means $33,898,500 of the $83,700,000 that (a) Congress appropriated for the Federal Emergency Management Agency in Title III of Pub. L. 118-47, 138 Stat.460, 607 (Mar. 23, 2024) and Pub. L. No. 119-4, § 1101(a)(6), 139 Stat. 9, 11 (Mar. 15, 2025), for FY 2025, for Federal assistance through grants, contracts, cooperative agreements, and other activities, and (b) was slated by the Department of Homeland Security for the Transit Security Grant Program.

2.    Defendants shall

2.1    grant and obligate to the MTA the MTA FY 2025 TSGP Grant, and

2.2.    promptly disburse to the MTA all allowable costs for which the MTA seeks payment from the MTA FY 2025 TSGP Grant.

3.    This Final Judgment of Permanent Injunction binds each of the defendants and, in accordance with Federal Rule of Civil Procedure 65(d)(2), each of their officers, agents, servants, employees, and attorneys, and other persons who are in active concert and participation with any of the foregoing who receive actual notice hereof by personal service or otherwise.

SO ORDERED.

Dated:        October 15, 2025
Issued at:    8:09 p.m.

_____
Lewis A. Kaplan
United States District Judge